IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMILY B. COCHRAN**,

Plaintiff,

v.

BMA MANAGEMENT, LTD.,

Defendant.　　　　　　　　　　　　　　　　　No. 08-cv-215-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Parties' Stipulation for Dismissal with Prejudice. (Doc. 41). Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared." **FED. R. CIV. P. 41(a)(1)(A)(ii)**. Accordingly, the Court acknowledges the Parties' Stipulation. The case is **DISMISSED, WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 3rd day of September, 2009.

/s/　　*David R Herndon*

**Chief Judge**
**United States District Court**