## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMILY B. COCHRAN, | ) |
| Plaintiff, | ) ) ) |
| VS. | )  NO. 08-CV-215-DRH |
| BMA MANAGEMENT, LTD. | ) ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal filed on September 2, 2009.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 3, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs-----------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**


BY:  /s/*Sandy Pannier*
  **Deputy Clerk**

Dated: September 3, 2009


APPROVED: /s/  *David R Herndon*
  CHIEF JUDGE
  U. S. DISTRICT COURT